# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Hon. Asa Allen Skinner
District Attorney, 30th JDC
P. O. Box 1188
Leesville LA 71496-1188

Terry Wayne Lambright
Assistant DA, 30th JDC
P. O. Box 1188
Leesville LA 71446


## REHEARING ACTION: November 12, 2015


**Docket Number: 15   00148-KA**

**STATE OF LOUISIANA**
**VERSUS**
**CEDRIC DANIELS**

**Appealed from Vernon Parish Case No. 85718**


**BEFORE JUDGES:**

**Hon. Jimmie C. Peters**
**Hon. John E. Conery**
**Hon. David Kent Savoie**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **State of Louisiana** has this day been

**GRANTED.**  See opinion on rehearing.


cc: Edward Kelly Bauman, Counsel for the Appellant